In the Matter of the Application of HUBERT DON HOOVER for Admission to the Bar. (From the State of California.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of JOHN W. LANE for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of CHARLES ALISON SCULLY for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of AUGUSTUS TITUS STROUD for Admission to the Bar. (From the State of Virginia.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

A. GORDON & SONS, INC., Respondent, v. RUBENFELD CONSTRUCTION COMPANY, Defendant. EAGLE INDEMNITY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROBERT E. BUTTERFIELD, Appellant, v. MINNIE PILEGGI, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANCIS DEAN, Appellant, v. EMILY HALLIBURTON, as Administratrix c. t. a., etc., of WILLIAM S. HALLIBURTON, Deceased, Respondent.— Motion to resettle orders dated March 20, 1925, and May 15, 1925, granted, and order signed. Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JULIA G. DEVINE, Appellant, v. MAURICE C. DEVINE, Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PAUL DIAMOND, Respondent, v. K. P. & L. REALTY CO., INC., Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LUCILLE R. EPPENBACH, Respondent, v. WILLIAM EPPENBACH and Others, Appellants, Impleaded with HERBERT E. JOCKERS and Others, Defendants.— Motion to open default denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ADELINE E. FOSTER, Respondent, v. PHILIP DITTMANN and Another, Copartners, etc., Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE GASCOIGNE, Respondent, v. LUTHER L. CAMPBELL, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

DAVID GERBATY and Another, Respondents, v. JAMES H. GRIFFITHS and Others, Appellants.— Motion for stay denied. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., taking no part.

MOSES GOLDSTEIN, Respondent, v. DAVISON LLOYD and HERMAN SCHATZ,

Appellants.— Motion to place case on the June calendar granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROBERT G. HAIGHT, Respondent, v. OSCAR B. HILL and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of Acquiring Title by the CITY of NEW YORK to Certain Lands and Premises Situated on the Southerly Side of Suwanee Avenue, between Shoshone Street and Thames Street, etc., in the Borough of Queens.—Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of SAMUEL F. EDMEAD for Reinstatement as an Attorney and Counselor at Law.— Motion for reinstatement granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. JOSEPH A. FIRPO, Respondent.— Motion to confirm referee's report granted, respondent disbarred, and his name directed to be stricken from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of BERTHA M. HUGHES to Render and Settle Her Account as Executrix, etc., of JAMES HUGHES, Deceased. (Claim of SARAH L. HUGHES.) — Motion to add case to the June calendar denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of ELIZABETH L. LUDLAM, Petitioner, for a Certiorari Order against TOWN BOARD OF THE TOWN OF OYSTER BAY, NASSAU COUNTY, and Others, Respondents.— Motion for certiorari order granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

HARRY KLAR, Respondent, v. ISAAC PROBBER and Another, Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GERTRUDE KNOEPFEL, Respondent, v. ARNOLD KNOEPFEL, Appellant.— Motion for stay granted to the extent that no final judgment shall be entered in the case until the appeal from the interlocutory judgment has been heard and decided. The stay, however, is not to affect the payment of alimony allowed by the trial court, which alimony must be paid as provided by such order. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ADOLPH LEIBOWITZ and Another, Respondents, v. BICKFORD'S LUNCH SYSTEM and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

NATHAN LEVINE, Respondent, v. GIOVANNI VACCARO, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FREDERICK A. LOCKE, Respondent, v. MARKEL, TUCKER, COOK COMPANY, INC., Appellant.— Appeal dismissed, without costs and without prejudice, on the ground that it appears that the order appealed from has not yet been entered in the proper county. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOSEPH MEYER, Respondent, v. ESTHER LEVINSON and Another, Appellants.—